**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 13, 2026

**<u>Via ECF</u>**
Honorable Arun Subramanian
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: *Livoni J Weerappuli Arachchige Dona v. Todd Blanche, et al.*, 26 Civ. 4694 (AS)**

Dear Judge Subramanian:

This Office represents the defendants (the "Government") in this mandamus action brought by plaintiff Livoni J Weerappuli Arachchige Dona ("Plaintiff") seeking to compel the adjudication of the I-130 Petition for Alien Relative she filed on behalf of her husband.

I write respectfully to request an adjournment of the initial pretrial conference currently scheduled for July 21, 2026, to a date after the government's deadline to respond to complaint, which is currently August 31, 2026. The reason for this request is that I was just assigned this case, and I need additional time to discuss this case with U.S. Citizenship and Immigration services and to prepare the Government's response to the Complaint. Plaintiff consents to this request. This is the Government's first request to adjourn the initial pretrial conference.

I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: *<u>/s/ Brian E. Hilburn</u>*
Brian E. Hilburn
Assistant United States Attorney
Tel.: (212) 637-2614
E-mail: brian.hilburn@usdoj.gov
*Attorney for Defendants*

GRANTED. The conference is rescheduled to 1 p.m. on September 10, 2026 in Courtroom 15A. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 8.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: July 14, 2026