**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 31, 2026

**Via ECF**
Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *Livoni J Weerappuli Arachchige Dona v. Todd Blanche, et al.*, 26 Civ. 4694 (AS)**

Dear Judge Subramanian:

This Office represents the defendants (the "Government") in this mandamus action brought by plaintiff Livoni J Weerappuli Arachchige Dona ("Plaintiff") seeking to compel the adjudication of the I-130 Petition for Alien Relative she filed on behalf of her husband.

I write respectfully to request a 60-day extension of the Government's time to respond to the Complaint from August 31, 2026, to October 30, 2026, and an adjournment of the initial pretrial conference currently scheduled for September 10, 2026, to a date after the government's deadline to respond to the complaint should the Court grant the requested extension. The reason for this request is that U.S. Citizenship and Immigration Services ("USCIS") has served a request for evidence on Plaintiff related to her I-130 Petition, and the requested extension would allow additional time for Plaintiff to respond to the requests, USCIS to review the responses, and provide the parties an opportunity to discuss resolution of the case without the need for further litigation. Plaintiff consents to this request. This is the Government's first request for an extension of time to respond to the complaint and second request to adjourn the initial pretrial conference. I apologize for not submitting this request at least two business days prior to the deadline as required under the Court's Individual Practices.

I thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Brian E. Hilburn*
Brian E. Hilburn
Assistant United States Attorney
Tel.: (212) 637-2614
E-mail: brian.hilburn@usdoj.gov
*Attorney for Defendants*

GRANTED nunc pro tunc.

The Government has until October 30, 2026 to respond to the complaint, Dkt. 1. Additionally, the initial pretrial conference scheduled for September 10, 2026, is adjourned until November 6, 2026, at 3:00 PM.

SO ORDERED

Arun Subramanian, U.S.D.J.
Date: September 1, 2026

cc: Plaintiff's counsel (via ECF)